CO-386-online
10/03

# United States District Court
# For the District of Columbia

United States of America f/u/b/o Specialty )
Construction Management, Inc., et al. )
)
)
)
                    Plaintiff )
         vs )          Civil Action No._____
)
Lexon Insurance Company, et al. )
)
)
                    Defendant )

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for  Specialty Construction Management, Inc.  certify that to the best of my knowledge and

belief, the following are parent companies, subsidiaries or affiliates of  Specialty Construction Management, Inc.  which have

any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

416199
_____
BAR IDENTIFICATION NO.

Andrew N. Cook, Esq.
_____
Print Name

Bell, Boyd & Lloyd, LLP, 1615 L St., N.W., Suite 1200
_____
Address

Washington, DC   20036
_____
City            State           Zip Code

202 955-6828
_____
Phone Number