**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| United States *ex rel* Specialty Construction Management, Inc. *et al.*,        )<br>)<br>)<br>)<br>Plaintiffs,                          )<br>)<br>)<br>v.                                         )<br>)<br>Lexon Insurance Company, *et al.*,   )<br>)<br>Defendants.                      ) | Civil No. 07-900 (RWR) |

**RULE 7.1 CERTIFICATE**

I, the undersigned, counsel of record for Weston Solutions, Inc. certify that to the best of my knowledge and belief, there are no parent companies, subsidiaries or affiliates of Weston Solutions Inc. which have any outstanding securities in the hands of the public.

These representations are made in order that judges of this court may determine the need for recusal.

Respectfully submitted,

   /s/ Charles H. Carpenter
Charles H. Carpenter (D.C. Bar No. 432004)
PEPPER HAMILTON LLP
Hamilton Square
600 Fourteenth Street, N.W.
Washington, D.C. 20005-2004
(202) 220-1200
(202) 220-1665 (fax)
carpenterc@pepperlaw.com

Dated: July 2, 2007

#8680541 v3