**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| United States *ex rel* Specialty Construction Management, Inc. *et al.*, | ) ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | Civil No. 07-900 (RWR) |
| Lexon Insurance Company, *et al.*, | ) ) | |
| Defendants. | ) | |

## **CERTIFICATE RULE LCvR 7.1**

I, Charles H. Carpenter, counsel of record for Lexon Insurance Company, Bond Safeguard Insurance Company and Western Insurance Company certify that to the best of my knowledge and belief, Lexon Insurance Company, Bond Safeguard Insurance Company and Western Insurance Company have no parent companies, subsidiaries or affiliates which have any outstanding securities in the hands of the public.

These representations are made in order that judges of this court may determine the need for recusal.

#8680541 v3

-2-

       Respectfully submitted,


       _____/s/ Charles H. Carpenter_____
       Charles H. Carpenter (D.C. Bar No. 432004)
       Heather K. Weiner (D.C. Bar No. 501637)
       PEPPER HAMILTON LLP
       Hamilton Square
       600 Fourteenth Street, N.W.
       Washington, D.C.  20005-2004
       (202) 220-1200
       (202) 220-1665 (fax)
       carpenterc@pepperlaw.com

       Wendy F. Klein Keane
       PEPPER HAMILTON LLP
       3000 Two Logan Square
       Eighteenth & Arch Streets
       Philadelphia, PA  19103-2799
       (215) 981-4000

       *Attorneys for Defendants,*
       *Lexon Insurance Company, Bond Safeguard*
       *Insurance Company, and Western Insurance*
       *Company*

Dated:  July 27, 2007