IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES EX REL SPECIALTY CONSTRUCTION MANAGEMENT, INC., et al.** | : : : : : | |
| Plaintiffs, | : : | |
| v. | : : | CIVIL ACTION NO. 07-900 (RWR) |
| **LEXON INSURANCE COMPANY, et al.** | : : | |
| Defendants. | : : : | |

## MOTION FOR ADMISSION *PRO HAC VICE*

Defendants Lexon Insurance Company, Bond Safeguard Insurance Company, Western Insurance Company, and Weston Solutions, Inc., by their attorneys, hereby move for the admission *pro hac vice* of Wendy F. Klein Keane ("Petitioner") pursuant to Rule 83.2(d) of the Local Civil Rules of this Court. In support of its Motion, Defendants state as follows:

1. Petitioner is an associate with the law firm of Pepper Hamilton LLP, 3000 Two Logan Square, 18th and Arch Streets, Philadelphia, Pennsylvania 19103.

2. Petitioner is, and always has been since her admission, a member in good standing of the bars of the Commonwealth of Pennsylvania and State of New Jersey.

3. Petitioner is familiar with the law, facts and procedures relating to the subject matter of this litigation.

4. The undersigned is counsel of record for Defendants and will remain so.

5. Pursuant to Rule 83.2(d) of the Local Civil Rules of this Court, and in further support of this Motion, Petitioner's Declaration is attached hereto.

-2-

**WHEREFORE**, Defendants pray for entry of an order (a) granting their Motion for Admission of Wendy F. Klein Keane *pro hac vice*; and (b) allowing Petitioner to appear of record as co-counsel and practice *pro hac vice* before this Court.

August 8, 2007

    /s/ Sean P. Bamford_____
Charles H. Carpenter (D.C. Bar No. 432004)
Sean P. Bamford (D.C. Bar No. 487556)
Heather Kilgore Weiner (D.C. Bar No. 501637)
PEPPER HAMILTON LLP
Hamilton Square
600 Fourteenth Street, N.W.
Washington, D.C. 20005-2004
(202) 220-1200
(202) 220-1665 (fax)
carpenterc@pepperlaw.com

*Attorneys for Defendants,*
*Lexon Insurance Company, Bond Safeguard*
*Insurance Company, Western Insurance*
*Company, and Weston Solutions, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES EX REL SPECIALTY CONSTRUCTION MANAGEMENT, INC., et al.<br><br>Plaintiffs,<br><br>v.<br><br>LEXON INSURANCE COMPANY, et al.<br><br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:   CIVIL ACTION NO. 07-900 (RWR)<br>:<br>:<br>:<br>:<br>:<br>: |

**KLEIN KEANE DECLARATION IN SUPPORT OF**
**MOTION FOR ADMISSION <u>*PRO HAC VICE*</u>**

I, WENDY F. KLEIN KEANE, do hereby state, that:

1. I submit this declaration in support of the motion of defendants Lexon Insurance Company, Bond Safeguard Insurance Company, Western Insurance Company, and Weston Solutions, Inc., pursuant to Rule 83.2(d) of the Local Civil Rules of this Court, for my admission *pro hac vice*.

2. I reside at 2046 South Street, Philadelphia, Pennsylvania 19146.

3. I am an associate with the law firm of Pepper Hamilton LLP, 3000 Two Logan Square, 18th and Arch Streets, Philadelphia, Pennsylvania 19103. I may be reached by telephone at 215-981-4000, and by e-mail at kleinkew@pepperlaw.com..

4. I am a member in good standing of the bars of the Commonwealth of Pennsylvania and State of New Jersey I was admitted to both in 2004.

-2-

5. I also am admitted to the bars of the United States Court of Appeals for the Third Circuit, the United States District Court for the Eastern District of Pennsylvania, and the United States District Court for the District of New Jersey.

6. I have never been held in contempt of court in any jurisdiction.

7. I have never been censured, suspended or disbarred by any court.

8. I have not been admitted *pro hac vice* in this Court within the last two years.

The foregoing declaration is made under penalty of perjury.

Executed on August 8, 2007

Philadelphia, PA

_____
Wendy F. Klein Keane

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES EX REL SPECIALTY CONSTRUCTION MANAGEMENT, INC., et al.** | : : : : | |
| Plaintiffs, | : : | |
| v. | : : | CIVIL ACTION NO. 07-900 (RWR) |
| **LEXON INSURANCE COMPANY, et al.** | : : | |
| Defendants. | : : : | |

**ORDER GRANTING APPLICATION OF**
**WENDY F. KLEIN KEANE TO APPEAR PRO HAC VICE**

      Upon consideration of the motion for admission pro hac vice, and the supporting papers, it is, by the Court, this __ day of August, 2007,

      ORDERED that the motion shall be, and hereby is, GRANTED; and it is

      FURTHER ORDERED that Wendy F. Klein Keane of the law firm of Pepper Hamilton LLP is granted admission into this Court *pro hac vice*.

 

_____
Judge Richard W. Roberts
United States District Judge