**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA f/u/b/o** ) | |
| **SPECIALTY CONSTRUCTION** ) | |
| **MANAGEMENT, INC., et al.** ) | |
| **Plaintiffs,** ) | |
| ) | |
| **v.** ) | **Civil Case No. 07-900 (RWR)** |
| ) | |
| **LEXON INSURANCE COMPANY, et al.** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

**NOTICE**

Plaintiff The United States of America f/u/b/o Specialty Construction Management, Inc.

and Specialty Construction Management, Inc. and Defendants Lexon Insurance Company, Bond

Safeguard Insurance Company, Western Insurance Company and Weston Solutions, Inc.,

through their respective counsel, hereby state as follows:

The parties to this action have agreed in principal to terms of settlement.  The parties

anticipate submitting disposition documents to the Court within two weeks of today, or by

December 18, 2007.

Respectfully submitted,

BELL, BOYD & LLOYD PLLC


By _____/s/_____
        Andrew N. Cook (#416199)
        1615 L Street, N.W., #1200
        Washington, DC  20036
        Telephone:    (202) 955-6826
        Facsimile:    (202) 463-0678
        Attorneys for
        Plaintiff/Counter Defendant
        Email:  acook@bellboyd.com

PEPPER HAMILTON LLP


By _____/s/_____
       Charles Henry Carpenter (#432004)
       Heather K. Weiner (#501637)
       Hamilton Square
       600 Fourteenth Street, N.W.
       Washington, D.C.  20005-2008
       Telephone:    (202) 220-1217
       Facsimile:    (202) 220-1665
       Email: carpenterc@pepperlaw.com

       and

       Wendy F. Klein Keane
       3000 Two Logan Square
       Eighteenth and Arch Streets
       Philadelphia, PA  19103-2799
       (215) 981-4982

       Attorneys for Defendants/Counter
       Plaintiff